FILED    C07-6495 EMC

08 FEB 12 AM 9:00
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Please send me any letters or any form of papers to the following address in the bottom of the page. There is a lot of vandalism in the 808 Pochard Way. Address and I will feel more secure if all of my letters are sent to the following address, thank you very much.

Daniel Zarazua Ramos

**Daniel Zarazua Ramos**
**P.O Box 2497**
**Suisun City, CA, 94585**