FILED

08 FEB 12 AM 9:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL ZARAZUA RAMOS, etc.,     Case No. C07-6495 EMC

    Libellant,

    v.

WORLD SAVINGS, et al.,

    Libellees,
_____/

DANIEL ZARAZUA RAMOS, etc.,

    Injured Third Party Intervener/Petitioner/
    Libellant,

    v.

WORLD SAVINGS, et al.,

    Third Party Defendants/Libellees,
_____/

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2/11/08

_____
Signature
Counsel for _Demander_
(Name of party or indicate "pro se")