Case No. CV07-06495 WHA

# AFFIDAVIT OF POVERTY

**FILED**
MAR - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

California            )            NOTICE TO AGENT IS NOTICE TO PRINCIPAL
PRINCIPAL
                      ) Sworn & Subscribed    NOTICE TO PRINCIPAL IS NOTICE TO AGENT
AGENT
Solano, County        )

On this 5th day of March, 2008, before me personally appeared, Daniel Zarazua Ramos, to me known to be the man/woman described herein and who being duly sworn, deposes and says the following and then executed the following instrument and acknowledged to me that Daniel Zarazua Ramos executed the same as his free act and deed.

1. That the undersigned, Daniel Zarazua Ramos, is your Declarant and over the age of twenty-one (21) years and competent to testify;

2. That the facts to which Declarant testified are true, correct, complete, presented in good faith, and not intended to mislead;

3. That Declarant denies the possession of lawful money and has no knowledge of any evidence or information which would lead him to believe that he has capacity to pay any debts, costs, fees, charges, judgements, restitutions, expenditures or obligations regardless of type, other than his credit with the UNITED STATES Case No. CV07- 06495-WHA, and believes that no such evidence exists.

Further Declarant sayeth naught.

Declared this 5th day of March in the year of our Lord two thousand eight.

Daniel Zarazua Ramos, Declarant
Real party in interest under injury

## ACKNOWLEDGEMENT

SUBSCRIBED AND SWORN TO before me by Daniel Zarazua Ramos, known to me or proven to me to be the living man signing this document this 5th day of March, 2008.

NOTARY PUBLIC

My Commission Expires: Aug. 8, 2010.

LUZ-MARIA URZUA
COMM. #1686786
NOTARY PUBLIC - CALIFORNIA
SOLANO COUNTY
COMM. EXPIRES AUG. 8, 2010