IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL Z. RAMOS,　　　　　　　　　　　　　　No. C 07-06495 WHA

    Plaintiff,

  v.　　　　　　　　　　　　　　　　　　　　　　**JUDGMENT**

WORLD SAVINGS,

    Defendant.

    For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: March 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE