```
                                                    FILED
                    UNITED STATES DISTRICT COURT
                                                  08 MAR 13 AM 8:13
                    NORTHERN DISTRICT OF CALIFORNIA
```

|  |  |
|---|---|
| DANIEL Z. RAMOS et. al. | Case No. C07-6495 ~~EMC~~ WHA |
| C/o 808 Pochard Way, | VERIFIED NOTICE OF DEFAULT |
| Suisun City, California Zip Code | |
| Exempt, | |
| Libellant, | |
| vs. | |
| WORLD SAVINGS et. Al. | |
| C/o P.O. Box 60505 | |
| City of Industry, California [91716] | |
| Libellee, | |

VERIFIED NOTICE OF DEFAULT

Now, by special appearance, comes Daniel Zarazua Ramos, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.) I am of legal age, competent to testify and under no legal disability.

2.) Libellant has filed an action for declaratory judgment as a result of libellee's breach of agreement.

3.) Libellant has exhausted his administrative remedies in this

instant matter.

4.) Libellant seeks a default judgment as libellees have failed to rebut the complaint.

5.) Libellees have failed to ask for a more definitive statement and are in agreement with libellant.

OVERVIEW OF FACTS

6.) On 10/30/07 Libellees sent a presentment to me demanding payment of a sum certain.

7.) I conditionally accepted that presentment upon WORLD SAVINGS'S continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

10.) I then sought to exhaust my administrative remedies.

11.) On December 28, 2007 I filed suit in UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, Case number C07-6495 EMC with the administrative procedure attached.

12.) THE RECORD shows that WORLD SAVINGS received service of summons on the 2nd day of January 2008, see attached copy of postal form 3811, certified mail number 7007 1490 0005 1250 0171.

13.) The RECORD shows that WORLD SAVINGS has refused and/or failed to appear and defend.

14.) Twenty-eight days have passed since Case number C 07-6495EMC was filed.

15.) WORLD SAVINGS has remained silent.

16.) WORLD SAVINGS is not an infant or incompetent person.

17.) The RECORD shows that no request for a more definitive statement was executed by WORLD SAVINGS.

18.) Federal Rules of Civil Procedure provide for default judgment by

the clerk for a failure to appear and defend [rule 55(a)].

19.) The Protest evidences WORLD SAVINGS'S agreement, consent and stipulation

to my position.

20.) WORLD SAVINGS is in default.

21.) A default judgment by the clerk establishing WORLD SAVINGS'S default is

appropriate.

22.) A sum certain amount of USD 38,505,481.56 is due and owing libellant by libellee.

23.) WORLD SAVINGS and/or any other interested party has three days from the

verified receipt of this VERIFIED NOTICE OF DEFAULT to rebut this

AFFIDAVIT item by item and line by line or be forever esstopped by

default.

My yea is my yea and my nay is my nay.

Dated this 13th day of March, 2008

*[signature]*

By: authorized representative
Without recourse