FILED
08 MAR 13 AM 9: 13
[clerk stamp]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ZARAZUA RAMOS | ) Case No. C07-6495 ~~EMC~~ WHA |
| C/o 808 Pochard Way., | ) **CERTIFICATE OF SERVICE** |
| Suisun City, California Zip Code | ) |
| Exempt, | ) |
| Libellant, | ) |
| vs. | ) |
| WORLD SAVINGS. et. Al. | ) |
| C/o P.O. Box 60505 | ) |
| City of Industry, California [91716] | ) |
| Libellee, | ) |

CERTIFICATE OF SERVICE

Now, by special appearance, comes DANIEL ZARAZUA RAMOS, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead. NOTICE is hereby given that:

    11.)    I am of legal age, competent to testify and under no legal disability.

1  12.)    This is to certify that on March 13, 2008 I placed a true and
2  accurate copy of the enclosed VERIFIED NOTICE OF DEFAULT in the U. S.
3  mail with postage prepaid and addressed as follows:
4  WORLD SAVINGS. et. Al.
5  C/o P.O. Box 60505
6  City of Industry, California [91716]
7  With certified mail number 7008 0150 0000 1438 4788.

Dated this 13th day of March, 2008

*[signature]*
By: authorized representative
Without recourse

CERTIFICATE OF SERVICE - 2 OF 2