**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL ZARAZUA RAMOS,

    Plaintiff,

  v.

WORLD SAVINGS, et al.,

    Defendants.

No. C 07-06495 WHA

**ORDER RE VERIFIED NOTICE OF DEFAULT**

After closing the case, the Court received plaintiff's "verified notice of default." Plaintiff contends that World Savings failed to respond to his complaint (which had been dismissed with prejudice for being incomprehensible, frivolous, and fraudulent). World Savings is therefore in default, plaintiff argues, and owes plaintiff approximately $38 million. Plaintiff is advised that the case was already closed, remains closed, and that such further filings shall be disregarded.

**IT IS SO ORDERED.**

Dated: March 14, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE